

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-18-00161-CV

_____

INTERNATIONAL GOVERNOR SERVICES LLC, Appellant

V.

SCOTT DOUGLAS RASMUSSEN, INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF PEYTON NICOLE RASMUSSEN,
DECEASED, AND THE ESTATE OF PARKER STONE RASMUSSEN,
DECEASED; AND DELAVAE ANN CARLSON, INDIVIDUALLY AND AS
PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL GLENN
MASTALEZ, DECEASED, Appellees

---

On Appeal from the 348th District Court
Tarrant County, Texas
Trial Court No. 348-291241-17

---

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Agreed Motion to Dismiss." We grant the motion, set aside the trial court's order denying Appellant's special appearance without regard to the merits, and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 17, 2019